IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Kelly Gainor, | : | |
| Plaintiff | : | Civil Action 2:11-cv-0561 |
| v. | : | Judge Marbley |
| Worthington City School District and Jane Paliotto, | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |

## Order Cancelling Settlement Week Mediation

On September 7, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for September 10, 2012 at 9:00 a. m. be cancelled.  Counsel report that their clients are too far apart in settlement evaluation to have a meaningful settlement discussion. Defendants want to file and obtain a decision on a motion for summary judgment and are not interested in mediating at this time. Discovery is proceeding, and all non-expert discovery will be completed by the October 3, 2012 deadline. The September 2012 Settlement Week mediation is CANCELLED.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator John Landolfi, 52 East Gay St., Columbus, OH 43215.

s/Mark R. Abel
United States Magistrate Judge